## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-133 |
| | ) | |
| MARCIA CUNNINGHAM. | ) | |

### Memorandum Order on Motion for Return of Property

This matter is before the Court on Marcia Cunningham's Renewed Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g). ECF No. 608. Ms. Cunningham seeks the return of two bracelets, one necklace, one wedding band, a pair of earrings, and an iPhone with a case, all of which were seized by federal agents during the investigation of this case. The Government filed a Response to the Motion, arguing that the Court must deny the request. ECF No. 610.

Two defendants, in this multi-defendant case, Ms. Cunningham and Hector Forbes, have both requested return of the same items of jewelry, and an iPhone. In July 2025, within days of each other, both Mr. Forbes and Ms. Cunningham filed pro se motions requesting the return of the seized jewelry. ECF Nos. 593 & 595. In Response to the Motions, the government stated that it "has no information about whether the property belongs to Hector Forbes or Marcia Cunningham. They were arrested together with the property." ECF No. 597. The Court Ordered counsel for each defendant to confer with counsel for the government regarding their respective positions as to the return of the property. ECF No. 598. Thereafter, Ms. Cunningham withdrew her Motion for Return of Property (Jewelry), "in order to facilitate the transfer of the property to Mr. Forbes." ECF Nos. 599 & 600. The government promptly

filed a response indicating that the process of returning the jewelry to Mr. Forbes had been initiated. ECF No. 601. On October 10, 2025, in a Joint Status Report, counsel for Mr. Forbes stated that he had received the property from the United States Marshall, which was verified by a US Marshal Process Receipt and Return. ECF Nos. 605 & 606.

In her Renewed Motion, Ms. Cunningham explains that after she withdrew her initial Motion, she "believed that she was going to receive her property when the government returned property to Mr. Forbes, [but] that did not occur." ECF No. 608 at ¶ 6. In Response to Ms. Cunningham's Renewed Motion the government argues that the Motion is moot due to the property having been administratively forfeited in September 2019. ECF No. 610 & 610-2. In addition, as recounted above, the jewelry requested was returned to Mr. Forbes by way of his counsel. ECF Nos. 605 & 606. For both of these reasons, the requested jewelry is not available to return to Ms. Cunningham.[1] Therefore, her Renewed Motion for Return of Property will be denied as moot, only as to the request for return of the five items of jewelry.

In their initial Motions, both Ms. Cunningham and Mr. Forbes also sought the return of an iPhone, and in Ms. Cunningham's case, an iPhone with a case. It does not appear that an iPhone/case was discussed in the government's filings, the Joint Status Reports, the U.S. Marshal's paperwork for the return of the jewelry, or in the government exhibits. Given the date of the arrest of, and seizure of property from, Ms. Cunningham and Mr. Forbes and the demonstrated administrative forfeiture of the jewelry, it is likely that the iPhone/case was also administratively forfeited. As the focus of the Motions, Responses, and related pleadings do

---

[1] Ms. Cunningham is also unable to seek an award of monetary damages for the property, as the United States has not waived its sovereign immunity under Rule 41. *United States v. Bein*, 214 F.3d 408, 413 (3d Cir. 2000).

not mention an iPhone, and the likelihood that the iPhone has been administrative forfeited, Ms. Cunningham's renewed motion will be denied without prejudice to her filing a motion for the return of the iPhone/case.

AND NOW, this 6th day of April 2026, it is hereby ORDERED that Marcia Cunningham's Renewed Motion for Return of Property (Jewelry) Pursuant to Federal Rule of Criminal Procedure 41(g), ECF No. 608, is denied as moot, only as to her request for the return of five pieces of jewelry.

As to the request for the return of an iPhone with a case, Ms. Cunningham's Renewed Motion is denied without prejudice to her filing a motion for the return of the iPhone/case.

s/*Marilyn J. Horan*
United States District Judge